# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

PEOPLE OF THE STATE OF ILLINOIS,   )
                                   )
          Plaintiff,          )
                                   )    Case No. 15-cv-1108
        vs.            )
                                   )
KENSINGTON SERVICE GROUP, INC.   )    Judge Matthew Kennelly
                                   )
                                   )
         Defendant.     )

## PLAINTIFF'S MOTION FOR AGREED FINAL JUDGMENT CONSENT DECREE

Plaintiff, the PEOPLE OF THE STATE OF ILLINOIS, by LISA MADIGAN, Attorney General of Illinois, respectfully moves the Court to enter an Agreed Final Judgment Consent Decree.

                                      Respectfully submitted,

Date: February 11, 2015            /s/ Thomas P. James
                                        THOMAS P. JAMES
                                        Office of the Attorney General, State of Illinois
                                        Consumer Counsel Assistant Attorney General
                                        Consumer Fraud Bureau
                                        100 West Randolph St., 12th Fl.
                                        Chicago, IL 60601
                                        (312)814-3778

**LISA MADIGAN**
Illinois Attorney General

**THOMAS JAMES**
**PHILIP HEIMLICH**
Assistant Attorneys General, Consumer Fraud Bureau

**<u>CERTIFICATE OF SERVICE</u>**


I, **THOMAS P. JAMES**, an Assistant Attorney General, certify that on February 11, 2015, I caused a true and correct copy of the attached **PLAINTIFF'S MOTION FOR ENTRY OF AGREE FINAL JUDGMENT CONSENT DECREE** to be filed and served via the CM/ECF system to all attorneys of record on the system in this matter, including:


Sally Saltzberg
Sally Saltzber, P.C. shsaltzberg@lolsal.com
27336 Hickory Ridge Ct.
Lake Barrington, IL 60010

<div style="margin-left:50%">

*/s/* Thomas P. James
Thomas P. James
Assistant Attorney General
Consumer Fraud Bureau
100 W. Randolph Street, 12th Floor
Chicago, Illinois 60601
312-814-3778
tjames@atg.state.il.us

</div>